FILED
2021 Feb-26  PM 01:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERESA LARSEN, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 2:20-CV-01652-AMM |

**JOINT STATUS REPORT**

Plaintiff Teresa Larsen and Defendant Apple Inc. ("Apple")[1] hereby jointly submit this status report pursuant to the Court's January 27, 2021 text Order staying this action pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on Apple's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Centralized Pretrial Proceedings (the "Transfer Motion").

On February 17, 2021, the JPML set the Transfer Motion for hearing on March 25, 2021. Attached as Exhibit A is a copy of the JPML's Notice of Hearing Session. The parties anticipate a decision on the Transfer Motion in April 2021, and respectfully request that the Court continue its stay of this action until the JPML has entered an order on the Transfer Motion.

Respectfully submitted this 26th day of February 2021.

---

[1] The parties expressly reserve, and do not waive, all rights, claims and defenses, including but not limited to the parties' respective positions relating to jurisdiction, venue, standing, any applicable arbitration agreements and/or class action waivers, and any claim of failure to state a claim upon which relief may be granted.

*/s/ John E. Norris*
One of the Attorneys for Plaintiff

OF COUNSEL:

DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL 35205
Telephone: (205) 930-9900
Facsimile: (205) 930-9989


*/s/ Sara Anne Ford*
One of the Attorneys for Defendant Apple Inc.

OF COUNSEL:

LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200
Telephone: (205) 581-0700
Facsimile: (205) 581-0799